# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| MICHAEL LOUIS MADDEN,<br>Appellant,<br>vs.<br>CONSTANCE BRANCH,<br>Respondent. | No. 66822 |

FILED

JAN 15 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER OF AFFIRMANCE*

This is an appeal from a district court judgment on a short trial jury verdict in a tort action. Eighth Judicial District Court, Clark County; Nancy L. Allf, Judge.

Appellant challenges a number of evidentiary rulings by the short trial judge. Having reviewed the parties' briefs and appendices, we conclude that appellant has not shown that the judge abused his discretion regarding the challenged evidentiary rulings. *See Las Vegas Metro. Police Dep't v. Yeghiazarian*, 129 Nev., Adv. Op. 81, 312 P.3d 503, 507 (2013) (stating that a district court's decision to exclude evidence is reviewed for abuse of discretion and will not be overturned "absent a showing of palpable abuse" (quotation omitted)).

First, the judge did not abuse his discretion in excluding appellant's expert's accident reconstruction report and testimony on the basis that the report and testimony did not meet the *Hallmark v. Eldridge*, 124 Nev. 492, 189 P.3d 646 (2008), assistance requirement as appellant did not show that the report and testimony were the product of reliable methodology. *Id.* at 500-02; 189 P.3d at 651-53. Next, the order denying appellant's motion to exclude the testimony of respondent's treating physicians and documents on which they relied was not an abuse of discretion as appellant did not argue or show that the treating

16-01493

physicians' testimony exceeded the scope of opinions the physicians formed in the course of treating respondent. *FHC1, LLC v. Rodriguez*, 130 Nev., Adv. Op. 46, 335 P.3d 183, 189 (2014). We have considered appellant's remaining arguments regarding the evidentiary rulings and conclude that they are either without merit, are not supported by the record, or lack the development necessary for this court to give them meaningful consideration. *See Edwards v. Emperor's Garden Rest.*, 122 Nev. 317, 330 n.38, 130 P.3d 1280, 1288 n.38 (2006) (explaining that it is appellant's responsibility to present cogent arguments supported by salient authority in furtherance of the appellant's position on appeal); *see also* NRAP 28(e)(1) ("every assertion in briefs regarding matters in the record shall be supported by a reference to the page and volume number, if any, of the appendix where the matter relied on is to be found").

Appellant also argues that he is entitled to a new trial on the basis that it was plain error for the short trial judge to allow respondent's counsel to express his opinion regarding the jury's consideration of the earlier arbitration award in closing arguments. Appellant has not shown that he moved for a new trial on this basis, however, and thus appellant has waived this issue on appeal. *Old Aztec Mine, Inc. v. Brown*, 97 Nev. 49, 52, 623 P.2d 981, 983 (1981) ("A point not urged in trial court . . . is deemed to have been waived and will not be considered on appeal."); *see also* NRAP 28(e)(1). Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc:    Hon. Nancy L. Allf, District Judge
Janet Trost, Settlement Judge
Law Offices of Katherine M. Barker
Gabroy Law Offices
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A